ANGELO MASTROFRANCISCO, Appellant, v. THE MOHAWK GAS COMPANY, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. All concur.

ELIZABETH MONTRYN, Respondent, v. HARMON A. STALEY and HARVEY P. GROESBECK, Appellants.— Judgment and order unanimously affirmed, with costs.

ELIZA MOONEY, Appellant, v. ASA D. MILLER, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Application of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK, to Acquire Real Estate for and on Behalf of the City of New York, under Chapter 724 of the Laws of 1905, and the Acts Amendatory Thereof and Supplementary Thereto, for the Purpose of Providing an Additional Supply of Pure and Wholesome Water for the Use of the City of New York. THE CITY OF NEW YORK, Appellant; DELAWARE AND EASTERN RAILWAY COMPANY, Claimant, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JAMES V. TORREY, Respondent, Appellant, for Compensation under the Workmen's Compensation Law, v. MATTEAWAN MANUFACTURING COMPANY, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellants, Respondents.— Decision in the interests of justice reversed and the matter remitted to the Commission to take further proof as to the cause of the injury and the infection, and make such determination as justice requires, on the authority of *Scoville* v. *Tolhurst Machine Works* (193 App. Div. 606; affd., 231 N. Y. 510). All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LEWIS STONE, Respondent, for Compensation under the Workmen's Compensation Law, v. MARSHALL BULL STUDIO, Employer, and COMMERCIAL CASUALTY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed on the authority of *Scoville* v. *Tolhurst Machine Works* (193 App. Div. 606; affd., 231 N. Y. 510.)